Dismissed and Memorandum Opinion filed August 5, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00276-CV

____________

 

WILLIAM R. GRIDER, JR., Appellant

 

V.

 

DEANNA JO MCGRAW, Appellee

 



 

On Appeal from the 300th District Court

Brazoria County, Texas

Trial Court Cause No. 53783

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed December 22, 2009.  On July 23, 2010,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.